# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Michael Paul Geck, | ) | Case No. 1:16-cr-140 |
| Defendant. | ) | |

On November 1, 2016, defendant filed a motion to suppress physical evidence and statements. Attached to the motion is affidavit of Officer Hoffer that contains sensitive personal information (read: date of birth). See Docket No. 32-2. The Clerk's office shall seal the affidavit. Defense counsel shall provide the Clerk's office with a copy of a redacted affidavit for filing.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court